## THE CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY.
### v.
## THE CITY OF AURORA.

PRACTICE—DISMISSAL OF APPEAL —Failing to file the record in time, the appeal is dismissed.

APPEAL from the Circuit Court of Kane county; the Hon. H. H. CODY, Judge, presiding. Opinion filed February 14, 1880.

Mr. Charles Wheaton, for appellant.

Mr. A. G. McDole, and Mr. Eugene Canfield, for appellee.

Per Curiam. The record in this case should have been filed at the last June term of this court. The case falls directly within the rule announced in Hatch v. Wegg, decided at this term, and the same result must follow.

Appeal dismissed.